# TIFFANY & BOSCO
#### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-06094

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher C. Santos,<br><br>      Debtors.<br>_____<br>America's Servicing Company<br>      Movant,<br>  vs.<br><br>Christopher C. Santos, Debtors; David A. Birdsell, Trustee.<br><br>      Respondents. | No. 2:08-bk-02722-SSC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #78)<br><br>Hearing Date: April 7, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective May 7, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 15, 2005, and recorded in the office of the Maricopa County Recorder wherein America's Servicing Company is the current beneficiary and Christopher C. Santos have an interest in, further described as:

1  Unit 70, Building 13, CASTLE ROCK, according to the Declaration of Horizontal Property Regime recorded at Recorders No. 85-169442, First Amendment recorded at Recorders No. 85-371309, Second Amendment recorded at Recorders No. 85-516490, Third Amendment recorded at Recorders No. 85-599307, Declaration of Annexation recorded at Recorders No. 86-043359, Fourth Amendment recorded as Recorders No. 86-143276, Fifth Amendment recorded as Recorders No. 86-380882, Sixth Amendment recorded at Recorders No. 86-535465, Declaration of Annexation recorded at Recorders No. 87-056610, Seventh Amendment recorded at Recorders No. 88-039763, Eighth Amendment recorded as Recorders No. 88-194078, Ninth Amendment recorded as Recorders No. 88-462370, Tenth Amendment recorded as Recorders No. 89-566258 and as shown on plat recorded in Book 281 of Maps, page 5, records of Maricopa County, Arizona;

TOGETHER WITH an undivided Interest in and to the common elements as set forth In said Declaration and as shown on plat.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE